■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID ANDREWS, Appellant.—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Egitto, J.), imposed May 1, 1989.

Ordered that the appeal is dismissed.

The defendant waived his right to appeal as part of the plea agreement. As we find that this waiver was made freely, knowingly, and voluntarily, the defendant's appeal must be dismissed *(see, People v Seaberg,* 74 NY2d 1). Mangano, P. J., Brown, Balletta and Miller, JJ., concur.